Approved: __/s/_____
          SAMUEL ADELSBERG
          Assistant United States Attorney

Before:    HONORABLE JUDITH C. McCARTHY
           United States Magistrate Judge
           Southern District of New York

- - - - - - - - - - - - - - - - X
                                :    18mag 9807
UNITED STATES OF AMERICA        :    **SEALED COMPLAINT**
                                :
          - v. -                :    Violation of 18 U.S.C.
                                :    § 875(c)
BRENDAN VAUGHAN,                :
                                :    COUNTY OF OFFENSE:
          Defendant.            :    ORANGE
                                :
- - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

  MELISSA ZACHARIADES, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

### COUNT ONE

### (Threatening Interstate Communications)

  1. On or about May 31, 2018, in the Southern District of New York and elsewhere, BRENDAN VAUGHAN, the defendant, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, VAUGHAN sent threatening messages to another individual ("Victim-1") about a school shooting.

  (Title 18, United States Code, Section 875(c).)

  The bases for my knowledge and for the foregoing charge are, in part, as follows:

  2. I am a Special Agent with the FBI, and I have been involved in the investigation of BRENDAN VAUGHAN, the defendant. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement officers, witnesses, and

others, as well as my examination of reports, and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## THE INVESTIGATION

3. Since at least May 2018, I have been involved in an investigation of the conduct of BRENDAN VAUGHAN, the defendant, an 18-year-old student at a particular high school in Orange County, New York (the "High School"). Based on my involvement in the investigation, my discussions with various victims and law enforcement officials, and my review of VAUGHAN's social media accounts, I have learned the following.

4. On or about May 11, 2018, I spoke with a detective ("Detective-1") from a local police department in Orange County (the "PD"). Detective-1 told me that on or about May 10, 2018, a PD officer ("Officer-1") received information from the parent of a student at the High School. The parent expressed concern regarding messages sent via a particular messaging application ("Application-1") that the parent's child, Victim-1—and other students from the High School in the same group chat—had received the previous evening, May 9, 2018 (the "May 9 Messages"). Specifically, the parent explained that Victim-1's classmate, BRENDAN VAUGHAN, the defendant, wrote the following messages to the group chat while using a particular Application-1 account (the "Vaughan Application-1 Account"):

- "I need to ask everyone in the chat a complete hypolatical [sic] question."
- "If my dumb friend left a note in the school bathroom saying he was going to shoot the school up what do you think the result would be. And he left it where someone would see it"
- "It's a prank"
- "The kid would"
- "Na my friend wants to do it on his last day since he's a senior"
- "I'll tell u the name he was planning on typing the note and wearing gloves so they can't get his fingerprints on it and going into the bathroom next to a picture of Dylan Klebold and Eric-

2

Harris on the last day just to see what would happened"[1]

5. Also on or about May 11, 2018, I learned from Detective-1 that Detective-1 conducted a voluntary interview of BRENDAN VAUGHAN, the defendant, at the PD on or about May 10, 2018. Detective-1 showed VAUGHAN a copy of the May 9 Messages. VAUGHAN identified the Vaughan Application-1 Account as his own and stated that he wrote and sent the May 9 Messages. In addition, VAUGHAN stated that he owned two Instagram accounts, including one with the user ID "ericharris5" and an account profile stating: "Columbine High School '1999, Me and Dylan VS [World Symbol]." Based on my training and experience, the username and account profile appear to be a reference to the 1999 shooting at Columbine High School. See supra n.1. During the interview, Detective-1 asked VAUGHAN if he wished to hurt a specific individual, to which VAUGHAN replied that he wanted to physically hold a particular High School student ("Victim-2") up to a window and use Victim-2 as a human shield.

6. On or about May 19, 2018, I reviewed postings from the Vaughan Application-1 Account, and learned that on the same day, BRENDAN VAUGHAN, the defendant, posted a photograph of a television displaying CNN coverage of the May 18, 2018 school shooting in Sante Fe, Texas. The posting included the text "This is why you don't bully folks."

7. On or about May 20, 2018, I conducted a voluntary interview of BRENDAN VAUGHAN, the defendant, at a residence in Orange County, New York ("Residence-1"), at which VAUGHAN resides with his parents. VAUGHAN and his parents consented in writing to a search of VAUGHAN's iPhone ("the VAUGHAN iPhone"), and VAUGHAN provided written consent to search his rooms in Residence-1.

8. Also on or about May 20, 2018, I preliminarily reviewed the contents of the VAUGHAN iPhone, including his Google search history, and observed the following search queries:

- "Sutherland Springs church shooting"

---

[1] Based on my review of open-source materials, I am aware that Eric Harris and Dylan Klebold carried out the Columbine High School shooting on April 20, 1999.

- "Mass shootings in the United States"
- "List of shootings in Texas"
- "shootings in texas"
- "mass shootings in America"
- "sante fe texas"
- "Sante Fe High School" (Texas)
- "Pipe bombs" (10 separate searches)
- "At least one dead after graduation shooting in GE"
- "texas shootings" (9 searches)
- "Thurston High School shooting"
- "School shooter 15 year old 1998"
- "School shooter 15 year old"
- "School shooter khip kindful"

9. On or about June 2, 2018, I interviewed Victim-1. Victim-1 advised me of a private message exchange on Application-1 between her and BRENDAN VAUGHAN, the defendant, on or about May 31, 2018 (the "May 31 Messages"), as follows:

> VAUGHAN: "Wat would u do if someone shot up the school tommorow [sic]?"
> Victim-1: "Omg"
> VAUGHAN: "I'm just curious"
> VAUGHAN: [Attached a photograph displaying what appeared to be a black shotgun laying on top of a camouflage vest with ammunition pouches, a Kevlar helmet, and a box of slug ammunition].
> Victim-1: "Now tell me the name of the kid"
> VAUGHAN: "I'd rather not"
> VAUGHAN: "You have a class with this person that is all I will say"
> Victim-1: "No"
> VAUGHAN: "I'm surprised"
> Victim-1: "His full name"
> VAUGHAN: "Rick W Weston"[2]
> VAUGHAN: "I need a gun"
> Victim-1: "It was good"
> Victim-1: "What u need a gun for?"
> Victim-1: "U don't need one"

---

[2] "Rick W Weston" does not appear to be a student at the High School. Additionally, the investigation has not revealed that an individual with this name poses any threat.

4

10. During the June 2 interview, Victim-1 also stated that Victim-1 took screenshots of the May 31 Messages and that Victim-1 understood BRENDAN VAUGHAN, the defendant, to be communicating a threat of violence. I reviewed copies of these messages. Victim-1 stated that, after Victim-1 had taken the screenshots, VAUGHAN asked why Victim-1 had done so and also asked Victim-1 "not to go to the cops."[3] Victim-1 further stated that Victim-1 was afraid of VAUGHAN because he might retaliate against Victim-1 and because Victim-1 thought VAUGHAN might harm their fellow classmates.[4]

11. On or about June 3, 2018, the PD and FBI executed a search warrant at Residence-1 (the "June 3 Search"), and found, among other things, notes that appeared to have been handwritten by BRENDAN VAUGHAN, the defendant, including the following[5]:

- "Monday. Hello, Today marks the two week notice of my revenge. ~~Wheter~~ This event is up to FATE and happens these next two weeks. I'll elaborate on what my revenge is and why and how tomorrow."
- "[Dated May 25, 2018] In a little over a ~~week fr~~ week from today I will get my Revenge. There is many factors in ~~whether~~ how this will all go down its up to FATE. I have been a Victim of this fucked up system but I will take control and get my revenge. Love VEB"
- "Today is one week. one more week until my revenge. I was thinking, why am I so unlucky, does God hate me because I was concieved if so fuck him. ~~One~~ two week. Love Veb. KILLER"

---

[3] Based on my training and experience, I know that when a user takes a screenshot of any communication inside of Application-1, Application-1 notifies the owner of said post and/or photograph.

[4] Based on my conversations with Victim-1, I understand that Victim-1 only captured screenshots of some of Victim-1's communications with VAUGHAN on May 31, 2018, since, among other things, Victim-1 was scared of VAUGHAN and did not want him to see Victim-1 taking more screenshots.

[5] The errors, strike-throughs, and capitalization from the handwritten notes is presented verbatim.

5

- "Top 5 Fav (MS(PS) 1) Eric Harris 2) Dylan Klebold 3) Nikolas Cruz 4) Adam Lanza 5) Randy StaiR"[6]

12. The following items, among other things, were also seized during the June 3 Search:

- a book titled "Boston Marathon Bombing" with a bookmark placed on a section titled "Making A Plan";
- a diagram sketch of a chair titled "Classroom Chair Measurements"; and
- a diagram sketch of what appears to be a classroom (the "Classroom Sketch") with various items labeled, including "Computers," "Door," "Techer Desk," "Me" and "Him." On the back of the Classroom Sketch, BRENDAN VAUGHAN, the defendant, appeared to have written the names of some students in his grade in the High School (the "Listed Students").

13. Local authorities arrested BRENDAN VAUGHAN, the defendant, during the June 3 Search. After his arrest, VAUGHAN stated to a law enforcement officer, among other things, that VAUGHAN's "plan was to follow [a particular student] into his classroom and kick all the girls out and put all the boys against the windows so I can't get shot by the police, then kill him."

14. On or about June 6, 2018, a neighbor of VAUGHAN's ("Neighbor-1") told PD officers that Neighbor-1 had heard what sounded like explosions near Residence-1 on or about June 1, 2018. I interviewed Neighbor-1 later that day. Neighbor-1 told me that Neighbor-1 had heard six to eight small explosions starting at approximately 10:00 or 11:00 a.m. on or about June 1, 2018. Neighbor-1 also stated that Neighbor-1 has experience with firearms and did not think that the explosions were discharges from a gun.

---

[6] Based on my review of open-source materials, I know that each of these individuals committed or is accused of having committed a mass shooting.

15. Also on or about June 6, 2018, Detective-2 interviewed a student who attends the High School ("Student-1"). Student-1 stated, in sum and substance, that Student-1 was a friend of BRENDAN VAUGHAN, the defendant. Student-1 said that VAUGHAN had asked Student-1 a few weeks earlier how "IEDs" (improvised explosive devices) are made and how C4 works.[7] According to Detective-2, Student-1 told VAUGHAN that IEDs can be made out of soda cans and other items. Student-1 further stated that VAUGHAN had asked him on multiple occasions to identify the date of the last day of school.

16. On or about June 7, 2018, the PD, along with the FBI, executed another search warrant at Residence-1, during which law enforcement officers recovered from Residence-1's backyard, among other things, an empty beer can that appeared to be punctured and charred from the inside.[8] As noted above, see supra ¶ 15, Student-1 reported telling VAUGHAN that IEDs could be constructed from soda cans.

17. On or about July 4, 2018, I reviewed digital evidence from the VAUGHAN iPhone.[9] Among other things, a computer forensics search revealed that, on or about May 30, 2018—the day before he transmitted the May 31 Messages—VAUGHAN searched "nikolas cruz"[10] on Google and then accessed the webpages for two videos on YouTube. One of the videos is an interview with Sky Bouche[11] in which Bouche indicated that he obtained the weapons for the Forest High School shooting from armslist.com.[12] Approximately three minutes later, VAUGHAN entered the URL "armslosted.com" into an internet search engine.

---

[7] Based on my training and experience, I know that C4 is a high-yield chemical explosive.

[8] The beer can subsequently tested negative for explosives residue.

[9] The cellphone was seized during the June 3, 2018 search of Residence-1 and searched pursuant to a search warrant.

[10] Nikolas Cruz carried out the shooting at Marjory Stoneman Douglas High School in Parkland, Florida, on February 14, 2018.

[11] Sky Bouche carried out the shooting at Forest High School in Ocala, Florida, on April 20, 2018.

[12] Armslist.com is a website that allows users to buy, sell, and trade firearms.

7

Shortly thereafter, VAUGHAN entered the URL armslist.com in his web browser and accessed the armslist.com webpage. VAUGHAN acknowledged that he was at least 18 years of age, and then, after limiting his search queries to New York listings, he clicked on a classified advertisement for a Smith and Wesson "MP15" that was being sold by a seller in Syracuse, New York.[13]

  18. On or about August 8, 2018, I reviewed postings from the Vaughan Application-1 Account and learned that on or about August 7, 2018, the account's user (who appears to be BRENDAN VAUGHAN, the defendant, see supra ¶ 5) had posted the text "I regret nothing".

  19. On or about August 11, 2018, I reviewed postings from the Vaughan Application-1 Account and learned that on or about August 11, 2018, the account's user (who appears to be BRENDAN VAUGHAN, the defendant, see supra ¶ 5) had posted a graphic that included the text "The 845"[14] and a series of gun and bomb emojis.[15] Specifically, VAUGHAN posted 15 gun emojis and 15 bomb emojis in the graphic.

  20. On or about August 13, 2018, I reviewed postings from the VAUGHAN Application-1 Account and learned that on or about August 13, 2018, the account's user (who appears to be BRENDAN VAUGHAN, the defendant, see supra ¶ 5) posted on his account a video depicting what appeared to be a red plastic gas container and then panning over what appeared to be pool chemicals. He included the following emojis (in brackets) and text: "[smiley face emoji] Plans [smiley face emoji] bang.bang."

---

[13] M&P15 is an AR-15 style semiautomatic rifle produced by the gun manufacturer Smith and Wesson.

[14] "845" is the designated area code for the Hudson Valley, New York region.

[15] An emoji is a small digital image or icon used to express an idea or emotion in an electronic communication.

WHEREFORE deponent prays that a warrant issue for the arrest of BRENDAN VAUGHAN, the defendant, and that VAUGHAN be imprisoned, or bailed, as the case may be.

_____
MELISSA ZACHARIADES
Special Agent
Federal Bureau of Investigation

Sworn to before me this
19th day of November 2018

_____
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

9