UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES of AMERICA,

     -against-                  18mj9807

BRENDAN VAUGHAN,

           Defendant.

------------------------------------x

                         United States Courthouse
                         White Plains, New York

                         March 12, 2019

B e f o r e:

                  HONORABLE LISA MARGARET SMITH,
                         United States Magistrate Judge

GEOFFREY S. BERMAN
Acting United States Attorney for
the Southern District of New York
SAMUEL S. ADELSBERG
        Assistant United States Attorney

MICHAEL K. BURKE
        Attorney for Brendan Vaughan

1          THE CLERK:  In the matter of the United States of

2    America versus Brendan Vaughan.

3          Counsel, please note your appearance for the record.

4          MR. ADELSBERG:  Good afternoon, your Honor.  Sam

5    Adelsberg on behalf of the United States.

6          THE COURT:  Good afternoon, Mr. Adelsberg.

7          MR. BURKE:  Good afternoon, your Honor.  Michael

8    Burke, Hodges Walsh & Burke on behalf of Mr. Vaughan.

9          THE COURT:  Good afternoon, Mr. Burke.

10         Well, am I correct that you are requesting that I --

11   I think the appropriate step is to revoke Mr. Vaughan's bail,

12   order that he be detained at the Metropolitan Detention Center

13   and then you would have to make a further application after his

14   examination is concluded.

15         MR. BURKE:  That's correct, your Honor.  Obviously

16   the detention without prejudice with further application, as

17   the Court indicates, so that the forensic evaluation could be

18   completed.

19         I was surprised to learn that Four Winds wasn't

20   equipped to do such an evaluation or even have it done there by

21   an outside provider to go in and perform that forensic

22   evaluation.  But that's the information that's been related to

23   us, and this is the -- I think the swiftest mechanism to allow

24   for the forensic evaluation to be done in a controlled setting.

25         The other potential avenues were too far out and I

1    wanted to get this done as soon as possible.

2            With that, I'd ask that Dr. Termini be appointed.

3    She's previously been appointed through the CJA.  That was part

4    of my letter that was submitted to the Court last week.

5            THE COURT:  I will -- I am granting the application

6    to appoint Dr. Termini to conduct the forensic examination.  I

7    am going to revoke Mr. Vaughan's bail and direct that he be

8    detained at the Metropolitan Detention Center specifically for

9    purposes of allowing the forensic psychiatric exam to go

10   forward.

11           I do think it's important, Mr. Burke, to note that

12   Mr. Vaughan has not made a good impression at Four Winds.  It

13   appears that he's having a great deal of difficulty complying

14   with instructions, both instructions from Mr. Barrios and

15   instructions from those at Four Winds.  I have to wonder if

16   they would even take him back if there does come a time when a

17   modification of the bail conditions is appropriate.  It's just

18   something for you to be aware of.

19           MR. BURKE:  I am aware of that, and I'm willing to

20   reserve on addressing any of those issues until we have the

21   forensic evaluation done, and that's why I ask the Court to at

22   least allow me to make that application without prejudice.  Now

23   I am consenting to the revocation of bail (indiscernible) the

24   transport to MDC.

25           There are certain things that I would ask of the

Angela O'Donnell, RPR, 914-390-4025

1  Court as far as the medication he's on; to have his file noted,

2  and then also ask that he be housed in the mental health unit

3  at MDC.  The medication that he is on, he's on Lamictal,

4  150 milligrams for bipolar.

5          THE COURT:  Spell that.

6          MR. BURKE:  I just (inaudible).

7          THE COURT:  Lamictal?

8          MR. BURKE:  Lamictal.  Yes.

9          THE COURT:  I know what it is.

10          MR. BURKE:  Okay.  It's 150 milligrams.

11          THE COURT:  Once a day?

12          MR. BURKE:  That's the only medication that he's

13  currently on.  He was on other medications at Four Winds, but

14  the current medication he's on is Lamictal.

15          THE COURT:  Okay.

16          Mr. Adelsberg, anything you want to add?

17          MR. ADELSBERG:  No.  No, your Honor.  The government

18  is equally concerned with the reports we hear from Mr. Barrios

19  and from Four Winds.  I think for purposes of today's hearing

20  we would consent to the revocation of bail for the purposes of

21  the forensic evaluation.

22          THE COURT:  All right.  The medical form has been

23  prepared and signed.

24          Anything further?

25          Mr. Adelsberg.

1          MR. ADELSBERG:  No, your Honor.

2          THE COURT:  Mr. Burke.

3          MR. BURKE:  No, your Honor.  I was contemplating

4   whether I should ask for a control date but one second.

5          THE COURT:  It may take a little while, so you can

6   make a request at any time.

7          MR. BURKE:  Thank you, your Honor.  Appreciate it.

8          THE COURT:  All right.

9          MR. ADELSBERG:  Thank you, your Honor.

10          THE COURT:  Thank you.

11          (Proceedings concluded)

12   CERTIFICATE:  I hereby certify that the foregoing is a true and
     accurate transcript, to the best of my skill and ability, from
13   my stenographic notes of this proceeding.
                    _____
14   Angela A. O'Donnell, RPR,Official Court Reporter, USDC, SDNY

15

16

17

18

19

20

21

22

23

24

25