ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

           - v -　　　　　　　　　　　　　　　AFFIRMATION

BRENDAN VAUGHAN,　　　　　　　　　18 Mag. 9807

           Defendant.
-----------------------------------------------------------x

STATE OF NEW YORK　　　　　　　　　)
COUNTY OF WESTCHESTER　　　　　　: ss.:
SOUTHERN DISTRICT OF NEW YORK　　)

       Samuel Adelsberg, under penalty of perjury, hereby affirms as follows:

       1. I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for an seventh order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

       2. It is further found that the defendant was presented on November 21, 2018 before United States Magistrate Judge Judith C. McCarthy in the Southern District of New York, and was ordered released on certain conditions;

       3. Michael Burke, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

       4. On June 4, 2019, I spoke to Mr. Burke, counsel for the defendant, who agreed by telephone on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

5.  For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

6.  Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on June 4, 2019.

_____
Samuel Adelsberg
Assistant United States Attorney