```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :    INFORMATION
          - v. -                     :
                                     :    19 Cr. 526
BRENDAN VAUGHAN,                     :
                                     :
                     Defendant.      :
                                     :
- - - - - - - - - - - - - - - - - - x
```

## COUNT ONE
### (Threatening Interstate Communications)

The United States Attorney charges:

1. On or about May 9, 2018, in the Southern District of New York and elsewhere, BRENDAN VAUGHAN, the defendant, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, VAUGHAN sent threatening messages to another individual ("Victim-1") and others about a school shooting.

(Title 18, United States Code, Section 875(c).)

## COUNT TWO
### (Threatening Interstate Communications)

The United States Attorney further charges:

2. On or about May 31, 2018, in the Southern District of New York and elsewhere, BRENDAN VAUGHAN, the defendant, knowingly transmitted in interstate and foreign

commerce a communication containing a threat to injure the person of another, to wit, VAUGHAN sent additional threatening messages to Victim-1 about a school shooting.

(Title 18, United States Code, Section 875(c).)

## COUNT THREE
### (Threatening Interstate Communications)

The United States Attorney further charges:

3. In or about August 2018, in the Southern District of New York and elsewhere, BRENDAN VAUGHAN, the defendant, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, VAUGHAN sent a series of messages on August 7, 11, and 13, 2018 threatening a violent attack in Hudson Valley, New York.

(Title 18, United States Code, Sections 875(c).)

_____
GEOFFREY S. BERMAN
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BRENDAN VAUGHAN,

Defendant.

### INFORMATION

19 Cr. 526

(18 U.S.C. § 875(c).)

GEOFFREY S. BERMAN
United States Attorney.