

## HODGES WALSH & BURKE, LLP
### ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

—

(914) 385-6000
FAX (914) 385-6000
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct E-Mail: mburke@hwb-lawfirm.com

July 23, 2019

***VIA ECF***
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

      **Re:**    ***United States v. Brendan Vaughan***
             ***19 cr 526***

Dear Judge Karas:

      After yesterday's conference I spoke with the United States Marshal's Office and the Marshal's Office did have a handwritten Order dated July 1, 2019 from Magistrate Judge Smith that went with Mr. Vaughan when he returned to MDC-Brooklyn.  Judge Smith ordered the Warden at MDC "to evaluate and provide medication <u>and</u> mental health treatment as appropriate."

      I have attached a copy of Judge Smith's Order to be filed on the docket with my letter.

      Thank you for your consideration.

                    Very truly yours,

                    Michael K. Burke

MKB:lm
Enclosure