UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

       Plaintiff,      **MEMORANDUM**

 -against-         19 Cr. 526 (KMK)

BRENDAN VAUGHAN,

       Defendant.
------------------------------------------------------------X

TO: <u>Kenneth M. Karas, United States District Judge:</u>

 Please find attached a transcript of the December 3, 2019 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: January 6, 2020
   White Plains, New York

                Respectfully Submitted,

                _____
                JUDITH C. McCARTHY
                United States Magistrate Judge