UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    v.

BRENDAN VAUGHAN

- - - - - - - - - - - - - - - X

ORDER

19 Cr. 526 (KMK)

WHEREAS, an application has been made by the United States of America, with the defendant's consent, requesting that the Court authorize Dr. Sarah Klagsbrun to disclose information about defendant Brendan Vaughan's mental health history, mental health treatment, mental health diagnosis, and conduct at Four Winds Hospital, and

WHEREAS, defendant Brendan Vaughan consents to the disclosure of all information related to his mental health history, mental health treatment, diagnosis, and conduct at Four Winds Hospital, and waives any rights he may have under federal law and New York law with respect to patient confidentiality and physician-patient privilege, including without limitation, the Health Insurance Portability and Accountability Act of 1996, the New York State Mental Hygiene Law and regulations, and the New York State Education Law and regulations,

**IT IS HEREBY ORDERED that** Dr. Klagsbrun may disclose to the Court any and all information related to defendant Brendan Vaughan's mental health history, mental

health treatment, mental health diagnosis, and conduct at Four Winds Hospital.

SO ORDERED:

Dated: White Plains, New York
       March 9, 2020

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK