

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct E-Mail: mburke@hwb-lawfirm.com

March 17, 2020

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

      Re:    *United States v. Brendan Vaughan*
              *19 cr 526(KMK)*

Dear Judge Karas:

      I am writing to respectfully request that the continuation of Mr. Vaughan's Sentencing Hearing scheduled for tomorrow at 11:00 am be adjourned to a future date.  The reason for my request is that my expert witness, Dr. Kate Termini, has informed me that she is currently under quarantine owing to the coronavirus.  She notified me late yesterday, and I immediately contacted your Chambers and the U.S. Attorney's office to advise them that my expert witness would not be available for the hearing tomorrow at 11:00 am.

      I have communicated with Asst. U.S. Attorney Sam Adelsberg who does not have an objection to my request for an adjournment.  I have also spoken with my client's parents who have been in contact with Brendan, and he does not have an objection to this adjournment.

      Thank you for your consideration.

                      Very truly yours,

                      Michael K. Burke

MKB/sg
cc:    **VIA ECF**
       Sam Adelsberg, Assistant United States Attorney