**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 14, 2020

**BY EMAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Vaughan, et al.*, 19 Cr. 526 (KMK)

Dear Judge Karas:

The Government and defense counsel write jointly to respectfully request that the Court adjourn the *Fatico* hearing in the above-referenced matter currently scheduled for October 15, 2020 to December 10, 2020 at 10 a.m. The reason for this request is that the parties just learned that records provided by Four Winds Hospital to defense counsel and to the Government were incomplete. The parties submit that given the nature of the factual disputes at issue in the *Fatico* hearing, the Court and the parties would benefit from a complete set of the defendant's mental health records before proceeding with the hearing.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/
      Sam Adelsberg
      Assistant United States Attorney
      (212) 637-2494

cc:   Defense Counsel (by Email)

Granted.
So Ordered
KMK
10/15/20