UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>BRENDAN VAUGHAN,<br><br>                Defendant. | No. 19-CR-526 (KMK)<br><br>SCHEDULING ORDER |

KENNETH M. KARAS, United States District Judge:

      The Court will hold a videoconference sentencing for the above-captioned case. All participants who wish to attend must join via Zoom, by accessing the platform through the website at https://zoom.us/join or downloading the application. To join the sentencing proceeding, participants must enter the Meeting ID: 873 9452 5832 and Passcode: 473638. The sentencing is open to the public. The sentencing will be held on March 2, 2021 to March 4, 2021, from 10:00am to 3:00pm each day.

SO ORDERED.

DATED:    February 26, 2021
                White Plains, New York

                                                              KENNETH M. KARAS
                                                              UNITED STATES DISTRICT JUDGE