Case 7:19-cr-00526-KMK   Document 87   Filed 04/25/23   Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 25, 2023

MEMO ENDORSED

**BY EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Vaughan*, 19 Cr. 526 (KMK)

Dear Judge Karas:

    The Government writes, in consultation with the United States Probation Office, to respectfully request that the Court hold a status conference in the above-captioned case to discuss Brendan Vaughan's adjustment to supervision since his release from custody on January 9, 2023. The Government thanks the Court in advance for its attention to this matter.

The Court will hold a conference on 5/ 2 /23, at 2:00 pm

So Ordered.
[signature]
4/25/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Sam Adelsberg
Ryan Allison
Assistant United States Attorneys
(212) 637-2494

cc:    Michael Burke, Esq. (by Email)
       U.S. Probation Officer Joseph Lombardo (by Email)