UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :        ORDER

       - v. -                    :        19 Cr. 526 (KMK)

BRENDAN VAUGHAN,                :

       Defendant.               :

- - - - - - - - - - - - - - - - - - X

       For the reasons stated on the record at the conference held on May 2, 2023, in <u>United States v. Brendan Vaughan</u>, 19 Cr. 526 (KMK), it is hereby

       ORDERED, that the following two provisions are added as conditions of the defendant's supervised release, in addition to those already listed in the Judgment (Dkt. 74):

1. The defendant shall not research mass shooters and other perpetrators of mass violence; and
2. The defendant shall not access websites where firearms can be purchased.

DATED:   May  3 , 2023
        White Plains, New York

                                              HON. KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK