```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA         :      ORDER

        - v. -                   :      19 Cr. 526 (KMK)

BRENDAN VAUGHAN,                 :

                Defendant.       :

------------------------------X
```

For the reasons stated on the record at the conference held on December 18, 2023, in <u>United States v. Brendan Vaughan</u>, 19 Cr. 526 (KMK), it is hereby

ORDERED, that the following condition is added as an additional Special Condition of Supervision for the defendant's term of supervised release: In addition to the victims listed in the judgment, dated March 21, 2021, the defendant shall not have any physical, visual, written, telephonic, or other contact, or directly cause or encourage anyone else to have such contact, with Daniel Luedke or Daniel Payne Luedke.

DATED:   December 18, 2023
         White Plains, New York

_____
HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK